CHARLES K. BACKUS v. MILTON E. CARLETON, TREASURER OF WAYNE COUNTY.

*Mandamus—Application to circuit court.*

Where a circuit judge illegally refuses to hear an application for *mandamus* under Circuit Court Rule No. 107,[1] giving circuit courts jurisdiction in *mandamus* proceedings, application should be made to the Supreme Court for an order to compel him to do so.

*Mandamus.*   Order to show cause denied October 3, 1893.

Relator, desiring to record a land contract, applied to respondent for a certificate as to taxes, under section 135, Act No. 206, Laws of 1893, for which a fee of 40 cents was demanded, which relator refused to pay, and applied to the circuit court of Wayne county for a *mandamus* to compel respondent to furnish the certificate gratuitously.

———

[1] See 94 Mich.

An answer was filed, and the proceedings were dismissed by Judge Hosmer, on the ground that a public question was involved, which should be speedily and finally settled,. and that the application should have been made to the Supreme Court; and thereupon the present application was made.

*Henry A. Chaney,* for relator.

PER CURIAM. An order to show cause is denied. If a circuit judge illegally refuses to hear an application for *mandamus,* the relator should apply to the Supreme Court for an order to compel him to do so.